UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21826-CIV-LENARD/O'SULLIVAN

CARLOS A. ALONSO CANO, individually
and as guardian for his son, ANGIE ALONSO
MOREJON, and as next of friend of his minor
daughters, KATY ALONSO MOREJON and JANY LEIDY
ALONSO MOREJON and FE MOREJON FERNANDEZ,
individually,

    Plaintiffs,
vs.

245 C & C, LLC and CFH GROUP, LLC.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference held before the undersigned on September 17, 2020. Having heard from the parties, for the reasons stated on the record, and in accordance with the rulings from the bench, the undersigned enters the following Order.

Federal Rule of Civil Procedure 30 indicates that

> At any time during a deposition, the deponent or a party may move to terminate or limit it on the ground that it is being conducted in bad faith or in a manner that unreasonably annoys, embarrasses, or oppresses the deponent or party. The motion may be filed in the court where the action is pending or the deposition is being taken. If the objecting deponent or party so demands, the deposition must be suspended for the time necessary to obtain an order.

A review of the Zoom video of the deposition of FE MOREJON FERNANDEZ reveals that during the deposition CARLOS A. ALONSO CANO acted in a manner that unreasonably annoyed, embarrassed, or oppressed defense counsel, by yelling at her, calling her a liar, berating her and attempting to embarrass defense counsel.  The conduct of CARLOS A.

1

ALONSO CANO caused the deposition of FE MOREJON FERNANDEZ to be suspended, and he is therefore responsible for the costs associated with the need to continue the deposition of FE MOREJON FERNANDEZ.  Accordingly, it is further

ORDERED AND ADJDUGED that CARLOS A. ALONSO CANO shall pay the defendant any additional costs that were incurred by defense counsel because the deposition of FE MOREJON FERNANDEZ needed to be suspended and continued to a different day.  It is further

ORDERED AND ADJDUGED that defense counsel shall file a notice and affidavit with the Court after the completion of the deposition of FE MOREJON FERNANDEZ outlining those additional costs.  It is further

ORDERED AND ADJDUGED that CARLOS A. ALONSO CANO shall behave appropriately at all further proceedings in this matter.  It is further

ORDERED AND ADJUDGED that FE MOREJON FERNANDEZ is required to sit for an additional 90 minutes of direct examination deposition time.  The direct examination of the deposition shall be conducted for 45 minutes, after which there will be a 10 to 15 minute break.  At the conclusion of the break the remaining 45 minutes of the direct examination of FE MOREJON FERNANDEZ shall occur.  There shall be another 10 to 15 minute break at the conclusion of the direct examination, after which there may be cross examination.  FE MOREJON FERNANDEZ shall take any required medication, including but not limited to hypertension medication, prior to the commencement of the deposition, and she shall be prepared to sit for the entire remaining portion of her deposition. It is further

ORDERED AND ADJUDGED that unless the parties agree otherwise the remaining portion of the deposition of FE MOREJON FERNANDEZ shall occur on September 22, 2020, at 2:30 PM.  It is further

ORDERED AND ADJDUGED that the court reporter at the continued deposition of FE MOREJON FERNANDEZ shall transcribe everything that is said during the deposition.  There

shall be no off the record dialogue.  It is further

ORDERED AND ADJDUGED that the defendant's request for additional medical records regarding FE MOREJON FERNANDEZ is denied.  It is further

ORDERED AND ADJDUGED that the defendant's request that Request for Admission 5 and Request for Admission 6 be deemed admitted is granted.  It is further

ORDERED AND ADJDUGED that the defendant's request for attorney's fees associated with the process to get the Requests for Admission admitted is denied.  It is further

ORDERED AND ADJDUGED that if Amanda Ortiz and CARLOS A. ALONSO CANO have any of the additional pages of the document the undersigned designated as page 2 during the hearing, they shall provide those to the defendant.  No sanctions will be awarded in conjunction with the aforementioned document. It is further

ORDERED AND ADJDUGED that defense counsel shall provide the court reporter for the deposition of FE MOREJON FERNANDEZ with the Zoom recording of the deposition.  If anything is missing in the court reporter's transcription that is contained in the Zoom recording, the court reporter shall amend the transcription to reflect any missing dialogue.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 18th day of September 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE