UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-21826-CIV-LENARD/O'SULLIVAN

CARLOS A. ALONSO CANO, individually
and as guardian for his son, ANGIE ALONSO
MOREJON, and as next of friend of his minor
daughters, KATY ALONSO MOREJON and JANY LEIDY
ALONSO MOREJON and FE MOREJON FERNANDEZ,
individually,
    Plaintiffs,
vs.

245 C & C, LLC and CFH GROUP, LLC.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiffs' Motion for Clarif[ic]ation of the Court Order [ECF No.398] (DE# 404, 12/16/20). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Plaintiffs' Motion for Clarif[ic]ation of the Court Order [ECF No.398] (DE# 404, 12/16/20) is **GRANTED**. The plaintiffs are permitted to file affidavits in response to any motion. Of course, the defendants have the ability to file a motion to strike any affidavits that are filed. The plaintiffs are advised, as indicated in the Court's Order (DE# 398), that if the Court finds an "inherent inconsistency between an affidavit and a deposition" of that affiant and there is no "adequate explanation of the inconsistency," the Court is permitted to disregard the affidavit pursuant to Rollins v. TechSouth, Inc., 833 F.2d 1525, 1530 (11th Cir. 1987). See Order (DE# 398 at 9-10, 12/10/20).

DONE AND ORDERED, in Chambers, at Miami, Florida, this **16th** day of December, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE