UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21826-CIV-LENARD/O'SULLIVAN

**CARLOS A. ALONSO CANO, individually
and as guardian for his son, ANGIE ALONSO
MOREJON, and as next friend of his minor
daughters, KATY ALONSO MOREJON and
JANY LEIDY ALONSO MOREJON, and
FE MOREJON FERNANDEZ individually,**

    Plaintiffs,

**v.**

**245 C & C, LLC and CFH GROUP, LLC,**

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 403) AND DENYING "URGENT MOTION" TO (1) STOP PLAINTIFFS' ACTUAL AND IMMINENT EVICTION OR IN THE ALTERNATIVE, (2) REQUEST A TEMPORARY RESTRAINING ORDER AND/OR A PRELIMINARY INJUNCTION TO MAINTAIN THE STATUS QUO DURING COVID-19 PANDEMIC (D.E. 384)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge John J. O'Sullivan, ("Report," D.E. 403), issued December 15, 2020, recommending that the Court deny Plaintiffs' self-styled "Urgent Motion" to (1) Stop Plaintiffs' Actual and Imminent Eviction or in the Alternative, (2) Request a Temporary Restraining Order and/or a Preliminary Injunction to Maintain the Status Quo During COVID-19 Pandemic, ("Motion," D.E. 384). Specifically, Judge O'Sullivan recommends denying the Motion because the Court is without authority to stay or enjoin the state court action and, in any event, Plaintiffs' have not established the elements for issuance of a

temporary restraining order. (Report at 8.) "At a minimum, the plaintiffs have not shown irreparable harm." (Id.) The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the Report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 403) issued on December 15, 2020, is **ADOPTED**; and

2. Plaintiffs' "Urgent Motion" to (1) Stop Plaintiffs' Actual and Imminent Eviction or in the Alternative, (2) Request a Temporary Restraining Order and/or a Preliminary Injunction to Maintain the Status Quo During COVID-19 Pandemic (D.E. 384) is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of December, 2020.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**