UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21826-CIV-LENARD/LOUIS

**CARLOS A. ALONSO CANO, individually
and as guardian for his son, ANGIE ALONSO
MOREJON, KATY ALONSO MOREJON,
JANY LEIDY ALONSO MOREJON, and
FE MOREJON FERNANDEZ individually,**

    Plaintiffs,

v.

**245 C & C, LLC and CFH GROUP, LLC,**

    Defendants.
_____/

## OMNIBUS ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Lauren F. Louis ("Report," D.E. 751), recommending the Court grant Defendants' Verified Combined Motion Out of Time for an Order Pursuant to Federal Rule Appellate Procedure 10(b)(3)(C) to Require Appellants to Prepare, Pay for and File all Portions of the Trial Transcript ("Motion," D.E. 713), filed by Defendants 245 C and C, LLC and CFH GROUP, LLC (together "Defendants") on September 22, 2023. The Report provides the Parties with fourteen (14) days to file objections. Plaintiffs Carlos A. Alonso Cano, Fé Morejón Fernandez, and Jany Alonso Morejon filed a *pro se* Joint Motion and Objections to the Magistrate Judge's Report ("*Pro Se* Filing," D.E. 753) on January 19, 2024. Defendants

moved to strike the *Pro Se* Filing and filed Objections[1] to the Report (D.E. 754) on January 25, 2024.  After an independent review of the Report and record, the Court adopts the Report, and makes the following additional finding.

The Court notes that it entered an Order denying attorney Michael Dunlavy's Motion to Withdraw as Counsel for Plaintiffs on November 7, 2023.  (*See* D.E. 745 at 4.) Therein, Michael Dunlavy was required to "continue representing all plaintiffs in all proceedings in the district court."  (*Id.*)  As such, Plaintiffs' *Pro Se* Filing is due to be stricken.  *See* Local Rule 11.1(d)(4) ("Whenever a party has appeared by attorney, the party cannot thereafter appear or act on the party's own behalf[.]")  Because Plaintiffs have not, through counsel, filed timely objections they have waived their "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." (Report at 5–6 (citations omitted).)

Accordingly, it is **ORDERED AND ADJUDGED** that:

**1.**   The Magistrate Judge's Report (D.E. 751) is **ADOPTED**;

**2.**   Defendants' Motion to Strike Plaintiffs' *Pro Se* Filing and Objection to Magistrate's Recommended Order (D.E. 754) is **GRANTED in part** and **DENIED in part**.

---

[1] Defendants make no actual objections to the Magistrate Judge's findings.  Instead, Defendants request that in addition to granting its Motion, the Court should issue a Rule to Show Cause against Plaintiffs and their counsel "to explain why they have filed (or allowed to be filed) another unauthorized paper which is contrary to procedural rules and this Court's previous order, and award Defendants their attorney's fees for having to bring [the D.E. 754] motion."  (D.E. 754 at 4.)  The Court will reserve ruling on this matter.  Plaintiffs, and their counsel, must abide by the Court's Orders.  Any unauthorized *pro se* filings will be stricken; and Plaintiffs, and their counsel, are warned that they may face sanctions for non-compliance.

3. Plaintiffs' Joint Motion and Objections to the Magistrate Judge's Report (D.E. 753) is **STRICKEN** as an unauthorized *pro se* filing;

4. Defendants' Verified Combined Motion Out of Time for an Order Pursuant to Federal Rule Appellate Procedure 10(b)(3)(C) to Require Appellants to Prepare, Pay for and File all Portions of the Trial Transcript (D.E. 713) is **GRANTED**. Plaintiffs shall order and pay for the transcription of the entire trial proceedings which took place on the 5th, 6th, 7th, 8th, 9th, 20th, 22nd, 23rd, 26th, and 27th days of June 2023 and shall file such transcripts with the Clerk of this Court to be transmitted to the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of January, 2024.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**