UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21826-CIV-LENARD/LOUIS

**CARLOS A. ALONSO CANO, individually
and as guardian for his son, ANGIE ALONSO
MOREJON, KATY ALONSO MOREJON,
JANY LEIDY ALONSO MOREJON, and
FE MOREJON FERNANDEZ individually,**

    Plaintiffs,

v.

**245 C & C, LLC and CFH GROUP, LLC,**

    Defendants.
_____/

## OMNIBUS ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court on the Report and Recommendations of Magistrate Judge Lauren F. Louis ("Report," D.E. 790), recommending the Court grant in part and deny in part Defendants', 245 C and C, LLC and CFH Group, LLC, Verified Motion to Require Plaintiffs to Post an Appeal Bond Pursuant to Federal Rule of Appellate Procedure 7.  (D.E. 758.)  The Report provides the Parties with fourteen (14) days to file objections.  Plaintiffs Carlos A. Alonso Cano, Fé Morejón Fernandez, and Jany Alonso Morejon (collectively, "Plaintiffs") filed a *pro se* Joint Objection to the Report ("*pro se* Objections," D.E. 792)[1] on June 25, 2024.  Plaintiffs also filed a *pro se* Joint Motion for

---

[1] The Court has previously ruled that "unauthorized *pro se* filings will be stricken[.]"  (D.E. 755 at 2 n. 1.)

Leave of Court to File Response ("*pro se* Motion," D.E. 791) on June 14, 2024.  On June 27, 2024, Defendants filed a motion requesting that the Court strike the *pro se* Motion and Objections and requested an award of attorney's fees as a sanction.  (D.E. 793.)[2] After an independent review of the Report and the record, the Court adopts the Report in full.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report (D.E. 790) is **ADOPTED**;

2. Defendants' Verified Motion to Require Plaintiffs to Post an Appeal Bond Pursuant to Federal Rule of Appellate Procedure 7 (D.E. 758) is **GRANTED in part** and **DENIED in part**.  Plaintiffs are hereby **ORDERED** to post an appellate bond in the amount of $5,000.00 on or before **July 31, 2024**.[3]  The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiffs at their address of record: 6700 NW 186 St. Apt. # 121, Hialeah, FL 33015.

3. Plaintiffs' *pro se* Objections (D.E. 792) and *pro se* Motion (D.E. 791) are **STRICKEN** as unauthorized *pro se* filings; and

---

[2] Plaintiffs' counsel, Michael Dunlavy, has since filed a Motion to Withdraw as Counsel (D.E. 794.)  That Motion, filed July 8, 2024, is not yet ripe for ruling and Michael Dunlavy remains as counsel for Plaintiffs until the Court rules otherwise.

[3] To post this bond, Plaintiffs must bring a copy of this Order (or the case number) to the Clerk of the Court office at any branch of the United States District Court for the Southern District of Florida.  In Miami, that office is located at the Wilkie D. Ferguson, Jr. Courthouse, 400 N. Miami Avenue, Room 8N09 (8th Floor), Miami, FL 33128.  Payments to the Court's registry may be made by cash, cashier's check, money order or attorney trust account check and made payable to "Clerk, United States Courts".  Reference the case number and case name on the memo section.  If an attorney trust account check is presented, it must be imprinted with the name and address of the account (not handwritten or typed).  After the bond is posted, a Clerk's Receipt for Treasury Registry will be entered on the docket in this case.

    **4.**     Defendants' Motion to Strike the *pro se* filings (D.E. 793) is **DENIED as moot**.[4]

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of July, 2024.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

---

[4] Defendants may move for sanctions/attorney's fees in the Eleventh Circuit Court of Appeals. (*See* D.E. 81-2 in Court of Appeals Docket #: 23-12413 (granting Defendants-Appellees' motion for sanctions and allowing Defendants-Appellees to submit time records, affidavits, and other documents to support their request for an award of attorney's fees).)