UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21826-CIV-LENARD/LOUIS

**CARLOS A. ALONSO CANO, individually
and as guardian for his son, ANGIE ALONSO
MOREJON, KATY ALONSO MOREJON,
JANY LEIDY ALONSO MOREJON, and
FE MOREJON FERNANDEZ individually,**

    Plaintiffs,

v.

**245 C & C, LLC and CFH GROUP, LLC,**

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court on Defendants' (245 C and C, LLC, and CFH GROUP, LLC) Verified Motion for Award of Attorney's Fees and for Entry of Judgment (D.E. 697), and related Motion for Non-Taxable Costs (D.E. 698). Both Motions were referred to Magistrate Judge Lauren F. Louis pursuant to 28 U.S.C. § 636 for a Report and Recommendation. (D.E. 717). On August 30, 2024, Magistrate Judge Louis issued a Report and Recommendations ("R. & R.," D.E. 822) recommending that Defendants' Motions be denied. Defendants filed Objections to the R. & R. on September 13, 2024. ("Objections," D.E. 826). Having conducted a *de novo* review of Defendants' Motions, the R. & R., Defendants' Objections, and the record, the Court finds the R. & R. to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The R. & R. (D.E. 822) is **ADOPTED**;

2. Defendants' Objections (D.E. 826) are **OVERRULED**;

3. Defendants' Verified Motion for Award of Attorney's Fees and for Entry of Judgment (D.E. 697) and Motion for Non-Taxable Costs (D.E. 698) are **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of September, 2024.

*[Signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**