UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21826-CIV-LENARD/LOUIS

**CARLOS A. ALONSO CANO, individually
and as guardian for his son, ANGIE ALONSO
MOREJON, KATY ALONSO MOREJON,
JANY LEIDY ALONSO MOREJON, and
FE MOREJON FERNANDEZ individually,**

    Plaintiffs,

**v.**

**245 C & C, LLC and CFH GROUP, LLC,**

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Lauren F. Louis, ("Report," D.E. 830), issued on October 25, 2024, recommending the Court deny Defendants' Contempt Motion (D.E. 787) as moot. The Report provides the Parties with fourteen (14) days to file objections.  As of the date of this Order, no objections have been filed.  Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report and Recommendation of the Magistrate Judge (D.E. 830) is **ADOPTED**; and

2. Defendants' Contempt Motion (D.E. 787) is **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 14th day of November, 2024.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**